IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )    4:05CR3034
                                 )
        v.                       )
                                 )
ALEJANDRO ROQUE RAMIREZ,         )       ORDER
                                 )
        Defendant.               )
```

IT IS ORDERED,

Defendant's motion for time, fling 16, is granted and the deadline for filing pretrial motions is extended to May 10, 2005.

Dated May 6, 2005.

                        BY THE COURT

                        s/ *David L. Piester*

                        David L. Piester
                        United States Magistrate Judge