FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUL 13 PM 3: 28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3034 |
| vs. | ) | |
| | ) | |
| ALEJANDRO ROQUE RAMIREZ, | ) | ORDER |
| a/k/a Esaul Miranda, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's Request to file under a copy of Investigator Jeff Shelton's military travel orders regarding his annual training, filing 26. The court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file a copy of Investigator Jeff Shelton's military travel orders under seal.

Dated this 12th day of July, 2005.

BY THE COURT:

*David L. Piester*
DAVID L. PIESTER
United States Magistrate Judge