```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:05CR3034 |
| v. | ) | |
| ALEJANDRO ROQUE RAMIREZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

Trial of this matter is set for August 23, 2005 before the Honorable Richard G. Kopf. Defense counsel has requested that the defendant be here well in advance of trial.

IT THEREFORE HEREBY IS ORDERED,

The United States Marshal is requested to bring the defendant to Lincoln as soon as practicable or to keep him here at this time.

DATED this 12th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge