IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALEJANDRO ROQUE RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing on the defendant's motion to determine admissibility of expert testimony (filing 42) will be held on Friday, August 19, 2005, from 11:15 a.m. to 12:00 noon. The defendant need not be present for the hearing.

August 18, 2005.                                            BY THE COURT:

                                                            s/ *Richard G. Kopf*
                                                            United States District Judge